UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PYRAMID EMPLOYER SERVICES, et al.,

    Plaintiffs,

v.                                                  CASE NO: 8:05-cv-1646-T-23EAJ

WILLIAM COLTON COILE, et al.,

    Defendants.
_____/

## ORDER

United States Magistrate Judge Elizabeth A. Jenkins submits a report and recommendation (Doc. 46) on Thomas F. Garth's, Robert Cano's, Terry Rathbun's, and Richard Standridge's motions (Docs. 29, 35, 36, 37) to dismiss. No party files an objection to the report and recommendation and the time to file objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 46) is **ADOPTED**.

Garth's motion (Doc. 29) to dismiss is **GRANTED**. The claims against Garth are **DISMISSED WITHOUT PREJUDICE** to the plaintiff's amending the complaint on or before **May 19, 2006**, to allege fraud against Garth with the particularity required by Rule 9(b), Federal Rules of Civil Procedure. Cano's, Rathbun's, and Standridge's motions (Docs. 35, 36, 37) to dismiss for lack of personal jurisdiction are **GRANTED**. The claims against Cano, Rathbun, and Standridge are **DISMISSED WITHOUT PREJUDICE** to the plaintiff's amending the complaint on or before **May 19, 2006**, to

allege personal jurisdiction over Cano, Rathbun, and Standridge.  Failure to amend the complaint on or before May 19, 2006, will result in dismissal with prejudice of Garth, Cano, Rathbun, and Standridge.  No further amendment to allege either fraud or personal jurisdiction will be permitted.

ORDERED in Tampa, Florida, on May 3, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy